In the Matter of the Mechanics' Lien filed by LOUIS CATTA-BERRY, as Claimant, Respondent, *v.* JOHN A. KNOX, Contractor and Owner, et al., Appellants.

*Matter of Cattaberry* v. *Knox,* 17 App. Div. 372, affirmed.
(Argued October 18, 1897; decided November 23, 1897.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 14, 1897, which reversed an order of Special Term denying

a motion by claimant to set aside an order vacating and canceling a notice of lien filed by the claimant.

*J. Homer Hildreth* for appellants.

*James A. Dunn* for respondent.

Order affirmed, with costs, on opinion below.
All concur.